AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maurice Pettus | ) | Case No: 2:01CR84-03-MEF |
|  | ) | USM No: 11026-002 |
| Date of Previous Judgment: 4/3/2003 | ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 31 | Amended Offense Level: | |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | ___ to ___ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Defendant is not eligible for a sentence reduction. Original sentence was based on the mandatory minimum.

**III. ADDITIONAL COMMENTS**

The Court has considered the factors set for in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated 4/3/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5·7·10

Judge's signature

Effective Date: _____
(if different from order date)

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title